IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DILLARD,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>      Defendant.<br>_____/ | No. C 12-04950 SI<br><br>**CORRECTED<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 28, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 16, 2013.

DESIGNATION OF EXPERTS: 7/12/13; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 16, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by November 8, 2013;

    Opp. Due November 22, 2013; Reply Due December 2, 2013;

    and set for hearing no later than December 13, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 25, 2014 at 3:30 PM.

JURY TRIAL DATE: March 10, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to the Court's mediation program.
The mediation session shall occur before the end of May 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/20/13

                                          SUSAN ILLSTON
                                          United States District Judge