IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD L. DILLARD,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

    /

No. C 12-04950 SI

**JUDGMENT**

    Defendants' motion for summary judgment was granted. Accordingly, judgment is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 5, 2014

    _____
    SUSAN ILLSTON
    United States District Judge